No. 99–580. ALSTON v. GTE DIRECTORIES CORP. C. A. 7th Cir. Certiorari denied.

No. 99–583. EMERSON v. DELTA AIRLINES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–586. NORTH BROWARD HOSPITAL DISTRICT ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 99–587. GLAVAN ET UX. v. OMI CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 99–588. VICTORIA INDEPENDENT SCHOOL DISTRICT ET AL. v. HARRIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–591. AVELAR v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 99–594. FISHER ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–611. NATIONAL FEDERATION OF THE BLIND, INC., ET AL. v. CROSS, DIRECTOR, DIVISION OF FAMILY SERVICES OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–654. STANLEY v. UNIVERSITY OF SOUTHERN CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–659. FOSTER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 99–682. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–690. ADAMS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 99–707. HIGHTOWER v. KENDALL CO., AN UNINCORPORATED DIVISION OF TYCO INTERNATIONAL (US) INC. C. A. 11th Cir. Certiorari denied.